**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-30329
Summary Calendar
_____


DAVID H. HUGHES and TYRONE G. CLARK,

Plaintiffs-Appellants,

VERSUS


AMERICAN PUBLIC LIFE INSURANCE COMPANY, ET AL.,

Defendants,


AMERICAN PUBLIC LIFE INSURANCE COMPANY,
DENTA-CARE MANAGEMENT AND ADMINISTRATION, INC.,
DENTA-CARE MARKETING AND ADMINISTRATION, INC.,
JOHNNY H. WILLIAMSON, and EDWIN R. PEARCE,

Defendant-Appellees.


_____

Appeal from the United States District Court
for the Middle District of Louisiana
(95-CV-194)
_____
September 18, 1997
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

   We affirm the judgment of the district court on the basis of

the district court's well-reasoned ruling of February 20, 1997.

   AFFIRMED.

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.